**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-1066**

---

KEVIN CAMPBELL, Chapter 7 Trustee,

        Plaintiff – Appellee,

      v.

CHARLES HSIN, a/k/a CH Hsin, a/k/a Chi Hsiu Hsin,

        Defendant – Appellant,

        and

EVELYN CATHCART; SCOTT AND WHITNEY CATHCART FAMILY TRUST, a/k/a Whitney and Scott Cathcart Family Trust, a/k/a Whitney and Scott Cathcart Family Trust 2000, a/k/a Cathcart Family Trust Dated 12/26/00; CHARLES D. CATHCART CRUSADER TRUST; CATHCART INVESTMENT TRUST; CATHLIT INVESTMENT TRUST; WJC FERNHILL RESIDENTIAL TRUST; PERSEVERUS INCORPORATED; DIVERSIFIED DESIGN ASSOCIATES LIMITED; CLIFFORD LLOYD; DAVID KEKICH; RED TREE INTERNATIONAL; FIRST SECURITY CAPITAL OF CANADA INCORPORATED; MARCO TOY INCORPORATED; BANCROFT VENTURES LIMITED; BANCROFT VENTURES UK LIMITED; WITCO SERVICES UK LIMITED; JEEVES GROUP; JEEVES COMPANY LIMITED; JEEVES HOLDINGS LIMITED; BRYAN JEEVES; ALEXANDER JEEVES; KRISTINA PHELAN; PAUL ANTHONY JARVIS; NIGEL HARLEY WOOD; NIGEL THOMAS TEBAY; COLIN CYPH BOWEN; MOIRA THOMPSON MCHARRIE; DAVID ANTHONY KARRAN; NIGEL HAMPTON MCGOWAN; FRANCIS GERRARD QUINN; PETER KEVIN PERRY; BRIAN BRODELL; ANDREW THOMAS; EDWARD J. BUDDEN; JOANNA OVERFIELD BODELL; JAVELIN LIMITED; ST. VINCENT TRUST SERVICE LIMITED; ST. VINCENT TRUST COMPANY LIMITED; LEXADMIN TRUST REG; ISLE OF MAN ASSURANCE LIMITED; ISLE OF MAN FINANCIAL TRUST LIMITED; SPENCERS PARTNERS LIMITED; SPENCER VENTURE PARTNERS LLC; LINDSEY AG; OPTECH LIMITED; JACK W. FLADER, JR.; JAMES C. SUTHERLAND; ZETLAND FINANCIAL GROUP LIMITED; FRANKLIN W. THOMASON; TSUEI CONSULTANTS INCORPORATED; VISION INTERNATIONAL PEOPLE GROUP LIMITED; DMITRY BOURIAK; TOTAL

ECLIPSE INTERNATIONAL LIMITED; NOBLESTREET LIMITED; FINANCIAL RESOURCES GROUP LLC; STRUCTURED SYSTEMS AND SOFTWARE INCORPORATED; EAST BAY CAPITAL VENTURES LLC; SDC FERN HILL RESIDENTIAL; CONISTON MANAGEMENT LIMITED,

Defendants.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, Chief District Judge. (2:07-cv-02992-DCN)

---

Submitted: April 26, 2011                    Decided: May 31, 2011

---

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven A. Soulios, RUTA & SOULIOS LLP, New York, New York, for Appellant. Richard A. Farrier, Jr., NELSON MULLINS RILEY & SCARBOROUGH LLP, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Hsin appeals from the district court's order denying his motion to set aside the entry of a default against him and the subsequent entry of default judgment. We have reviewed the record and the briefs filed by the parties and find no abuse of discretion and no reversible error. Accordingly, we deny Hsin's motion to strike portions of Campbell's brief and affirm for the reasons stated by the district court. Campbell v. Hsin, No. 2:07-cv-02992-DCN (D.S.C. Dec. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3